No. 239. WEST TENNESSEE POWER & LIGHT CO. *v.* JACKSON ET AL. October 10, 1938. Petition for writ of

626

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Roane Waring* for petitioner. *Mr. W. P. Moss* for respondents.